**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01012-CMA-BNB

MARK BUBEN,

      Plaintiff,

v.

CITY OF LONE TREE,
LONETREE POLICE DEPARTMENT,
DWIGHT BERRY, Individually and in his Official Capacity as Officer,
SCOTT CAVENAH, Individually and in his Official Capacity as Sergeant,
DAVID BROWN, Individually and in his Official Capacity as Commander, and
STEPHEN P. HASLER, Individually and in his Official Capacity as Chief of Police,

      Defendants.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

      Pursuant to Federal Rule 41(a)(1)(A) and the Notice Of Dismissal Without

Prejudice (Doc. # 5) signed by the attorneys for Plaintiff, it is

      ORDERED that the Complaint and cause of action are DISMISSED WITHOUT

PREJUDICE, Plaintiff to pay his own costs.

      DATED:  January   7  , 2009

                           BY THE COURT:

                           _____

                           CHRISTINE M. ARGUELLO
                           United States District Court Judge